IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT MCDANIELS,

    Plaintiff,                    No. CIV S-03-0154 MCE JFM P

    vs.

HIGH DESERT STATE PRISON
MEDICAL STAFF, et al.,

    Defendants.           ORDER

        On August 29, 2005, plaintiff filed a request for extension of time in which to file objections to the August 1, 2005 findings and recommendations. That document was not served on defendants. In fact, plaintiff filed a separate document requesting the court serve a copy of plaintiff's request on counsel for defendants. As plaintiff has previously been advised, he is required to serve copies of all filings on counsel for defendants and submit a certificate of service attesting thereto with the court. (See November 17, 2004 Order.) Plaintiff has been warned that failure to serve opposing counsel with copies of court filings may result in a recommendation this action be dismissed. (Id.) In the interest of judicial economy, however, the court will address the instant request. Good cause appearing, plaintiff will be granted one brief extension of time in which to file objections. No further extensions of time will be granted.

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's August 29, 2005 request
2 for extension is granted.  Plaintiff shall file his objections, if any, within fifteen days from the
3 date of this order.
4 DATED: September 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/001; mcda0154.36;cjra